UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ME2 PRODUCTIONS, INC., | Case No. 2:16-CV-2384 JCM (PAL) |
| Plaintiff(s), | ORDER |
| v. | |
| LAURIE MANZI, et al., | |
| Defendant(s). | |

Presently before the court is Magistrate Judge Koppe's report and recommendation following an order to show cause as to why the defendants should not be severed and all but the first-named defendant dismissed. (ECF No. 26). Plaintiff ME2 Productions, Inc., filed an objection. (ECF No. 31). Defendants have not filed a response, and the time to do so has since passed.

Also before the court is plaintiff's motion for entry of clerk's default against defendant Margaret F. Bacote-Newman. (ECF No. 29).

The present case is one of many filed by plaintiff against numerous Doe defendants. Exhibit 1 to ME2's objection contains its memorandum and points of authority to support its objections to the instant report and recommendation. (ECF No. 31-1). The exhibit is a carbon copy of plaintiff's objections in the case of *ME2 Productions, Inc. v. Bayu*, case no. 2:17-cv-00724-JCM-NJK. The court issued an order in *Bayu* that adopted Magistrate Judge Koppe's report and recommendation in that case and severed all but the first-named defendant. For the same reasons, the court finds severance here is appropriate for all but the first-named defendant that is still a party to the action.

**James C. Mahan**
**U.S. District Judge**

Plaintiff's motion for entry of clerk's default requests an entry of default against defendant Bacote-Newman. (ECF No. 29). The court will grant plaintiff's motion. Plaintiff effectuated service on Bacote-Newman on March 2, 2017, which gave Bacote-Newman until March 23, 2017, to answer plaintiff's complaint. (ECF No. 17). Bacote-Newman is yet to file a response. As the time for doing so has passed, the court will grant plaintiff's motion for entry of clerk's default.

Accordingly,

IT IS HEREBY ORDERED that Magistrate Judge Koppe's report and recommendation (ECF No. 26) be, and the same hereby is, ADOPTED in part and REJECTED in part, consistent with the foregoing.

IT IS FURTHER ORDERED that all defendants except for Margaret Bacote-Newman be, and the same hereby are, dismissed without prejudice.

IT IS FURTHER ORDERED that plaintiff's motion for entry of clerk's default (ECF No. 29) be, and the same hereby is, GRANTED. The clerk shall enter default against defendant Bacote-Newman.

DATED November 15, 2017.

_____
UNITED STATES DISTRICT JUDGE